UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 09-13-DLB-4

UNITED STATES OF AMERICA                                                  PLAINTIFF

vs.            **ORDER ADOPTING REPORT & RECOMMENDATION**

KERRY LEE BLEVINS                                                   DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the September 19, 2012 Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant Blevins' supervised release and impose a sentence of eleven (11) months incarceration, with no supervised release to follow. (Doc. # 187). During the final revocation hearing conducted by Magistrate Judge Atkins on September 18, 2012, Defendant stipulated to two (2) violations of Supervised Release Condition # 2, one (1) violation of Standard Condition # 4, and one (1) violation of Standard Condition # 7 as set forth in the November 20, 2011 violation report of United States Probation Officer Michael D. Jones. (Doc. # 187). The United States moved to dismiss the violation of Special Condition D, and the Magistrate Judge recommended that the government's motion be granted. (*Id.*).

Defendant having executed a waiver of his right to allocution (Doc. # 186), there being no objections filed to the Magistrate Judge's R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the

1

Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. # 187) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of his supervised release;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant shall serve **ELEVEN (11) MONTHS IMPRISONMENT**, with no supervised release to follow; and

5. A Judgment shall be entered contemporaneously herewith.

This 12th day of October, 2012.



Signed By:
*David L. Bunning*  DB
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2009\09-13-4 Order adopting R&R.wpd